**SOUTHERN DISTRICT OF MISSISSIPPI**
**F I L E D**

**MAY 23 2006**

By_____ J.T. NOBLIN, CLERK
                                    Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### SOUTHERN DIVISION

ROBERT S. BARNES, JR. and
SUZANNE H. BARNES                                    **PLAINTIFFS**

**VERSUS**                    **CIVIL ACTION NO. 1:06-CV-00447-LTS-JMR**

AMERICAN FLOOD RESEARCH,
INC. and KEESLER FEDERAL
CREDIT UNION                                          **DEFENDANTS**

## AGREED ORDER OF DISMISSAL WITHOUT PREJUDICE

THIS CAUSE came before the Court on the *ore tenus* motion of the Plaintiffs, Robert S. Barnes, Jr. and Suzanne H. Barnes ("Barnes") and Defendants, American Flood Research, Inc. ("American Flood") and Keesler Federal Credit Union ("Keesler"), for entry of an Agreed Order of Dismissal Without Prejudice pursuant to Rule 41 of the Federal Rules of Civil Procedure. After due consideration of the evidence of record, the applicable law and being otherwise fully advised in the premises, the Court finds that the Agreed Order should be entered and Barnes' claims against American Flood and Keesler in the above-referenced action should be dismissed without prejudice and with each party to bear its respective costs. It is, therefore,

ORDERED AND ADJUDGED that Barnes' claims against American Flood and Keesler in the above-referenced action should be, and are hereby, dismissed without prejudice and with each party to bear its respective costs.

SO ORDERED AND ADJUDGED this the _____ day of May, 2006.

UNITED STATES DISTRICT JUDGE

AGREED AS TO FORM AND CONTENT:


/s Paul M. Newton, Jr.
Attorney for Plaintiffs, Robert and Suzanne Barnes
Paul M. Newton, Jr.
Newton and Hoff
2019 23rd Avenue
P.O. Box 910
Gulfport, MS 39502-0910
Phone:  (228) 863-8827
Fax:  (228) 868-6007


/s William L. Guice, III
Attorney for Defendant, Keesler Federal Credit Union
William L. Guice, III
Rushing & Guice
683 Water Street
P.O. Box 1925
Biloxi, MS 39533-1925
Phone:  (228) 374-2313
Fax:  (228) 374-8155


/s Jonathan P. Dyal
Attorney for Defendant, American Flood Research, Inc.
Jonathan P. Dyal (MS Bar No. 99146)
Balch & Bingham LLP
1310 Twenty-Fifth Avenue
P.O. Box 130
Gulfport, MS 39502
Telephone:  (228) 864-9900
Fax:  (228) 864-8221